# SEALED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARVEY ORTEGA, JR.,<br><br>Defendant. | 2:11-CR-396   KJD-PAL<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR HARVEY ORTEGA, JR. |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **HARVEY ORTEGA, JR.,** 1070002, before the United States Magistrate Judge at Las Vegas, Nevada, on or about I/A&A/P Fri:11/18/11 3:00 PM CWH 3C ____, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 8 NOV 11

Robert Johnston
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
CRISTINA SILVA
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-396 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR HARVEY ORTEGA, JR. |
| HARVEY ORTEGA, JR., | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **HARVEY ORTEGA, JR.**, 1070002, is committed by due process of law in the custody of the Warden, Tonopah Conservation Camp, that said Warden has consented to the temporary release of the said **HARVEY ORTEGA, JR.** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **HARVEY ORTEGA, JR.** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on I/A&A/P Fri:11/18/11 3:00 PM CWH 3C, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **HARVEY ORTEGA, JR.** before the United States Magistrate Judge on or about I/A&A/P Fri:11/18/11 3:00 PM CWH 3C, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2  Prosequendum issue out of this Court, directed to the Warden, Tonopah Conservation
3  Camp and to the United States Marshal for the District of Nevada, commanding them to
4  produce the said **HARVEY ORTEGA, JR.** before the United States District Court on or about
5  $\frac{\text{I/A\&A/P Fri:11/18/11}}{\text{3:00 PM   CWH   3C}}$, and from time to time and day to day thereafter,
6  at such times and places as may be ordered and directed by the Court entitled above, to
7  appear before the Court, and when excused by the said Court, to be returned to the custody
8  of the Warden, Tonopah Conservation Camp.
9      **DATED** this _8th_ day of November 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA SILVA
Assistant United States Attorney

2